

# NUMBER 13-19-00067-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHN C. OSBORNE AND JESUS
ROMAN-PEREZ,                                                                    Appellants,

v.

ADOLFO "AL" ALVAREZ,                                                            Appellee.

**On appeal from the County Court at Law No. 8
of Hidalgo County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

Appellee's counsel, Paul R. Wilson, has filed an unopposed amended motion to withdraw as counsel and an unopposed motion to extend briefing deadline. We GRANT said motions.

Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is

directed to notify appellee, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court. Appellee is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, email address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

Appellee's brief is due on or before June 28, 2019.

It is so ORDERED.

PER CURIAM

Delivered and filed the
10th day of May, 2019.